**No. 40971.**—Protest 975886–G of Merchants Chemical Co., Inc. (New York).

Opinion by Keefe, J. On the record presented the protest was overruled

**No. 40972.**—Protest 960418–G of French Wine Shop (New York).

Opinion by Keefe, J. On the record presented the protest was overruled.

**No. 40973.**—Protests 954607–G, etc., of Alliance Distributors, Inc., et al. (New York).

Opinion by Keefe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, APRIL 3, 1939

**No. 40974.**—Protests 631881–G, etc., of Rodney Fielding et al. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40975.**—Protests 515604–G, etc., of Schall & Co., Inc. (New York).

Opinion by Dallinger, J. In accordance with stipulation of counsel certain baskets were held dutiable at 40 percent under paragraph 339. Baskets plated with silver were held dutiable at 50 percent under the same paragraph. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

**No. 40976.**—Protests 865186–G, etc., of Eric Wedemeyer (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of thermometers and calendars chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. Abstracts 39852 and 38549 cited.

**No. 40977.**—Protests 905436–G, etc., of Weill & Hartmann (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of bridge table paper weights plated with silver. On the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the claim at 50 percent under paragraph 339 was sustained.

**No. 40978.**—Protest 911251–G of New York Merchandise Co., Inc. (New York).

Opinion by Dallinger, J. In accordance with stipulation of counsel the fly-catchers in question were held dutiable at 40 percent under paragraph 339. Abstract 33771 cited.